**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: GERALD R. REED, SR.                  CASE NO. 17-13321

       DEBTOR                                                   SECTION "B"

                                                                                      CHAPTER 13

## CONSENT ORDER

       This matter was scheduled to come before this Honorable Court on the 22nd day of May, 2019, on Cenlar FSB *as servicer for Federal National Mortgage Association* ("Movant"), Motion **(P-21)** for Relief from Stay, or, in the Alternative, for Adequate Protection affecting the immovable property at *3226 Derby Place, New Orleans, Louisiana 70119*; in resolution of the motion, the debtor, acknowledging that a post-petition delinquency exists on his account with Movant, and in satisfaction thereof, agree as follows:

       The debtor acknowledges that a post-petition delinquency exists on his account with Movant in the sum of $6,260.62, representing past due post-petition installments for the month of December 1, 2018 through April 1, 2019 in the amount of $1,261.00 each, plus attorney fees of $350.00 and court costs of $181.00, with less funds in suspense in the amount of $575.38; in partial satisfaction of the post-petition delinquency, the debtor will tender certified funds in the amount of $3,500.00 to Movant within 15 days of the signing of this Order; in satisfaction of the remaining balance of $2,760.62, the debtor shall, commencing with the May 1, 2019 installment and for five consecutive months thereafter pay the regular monthly payment, plus the sum of $460.12 with the May 1, 2019 payment, and $460.10 with the June 1, 2019 through October 1, 2019 payments.

       **IT IS FURTHER ORDERED** that a thirty (30) day "drop dead" provision shall apply to all future post-petition installments owed by the debtor to Movant, commencing with the May 1,

2019 payment. If the debtor's account becomes more than thirty (30) days delinquent with regard to future post-petition installments, commencing with the May 1, 2019 payment, Movant shall be entitled to relief from the automatic stay, as prayed for in its Motion, ex parte, without the necessity of a further hearing but with fourteen (14) days written notice of default to Debtor and counsel for debtor, and upon submission of an Affidavit by an authorized representative or employee of Movant verifying a breach of the terms of this Order. The provision of Bankruptcy Rule 4001 (a)(3) are waived and the said Order Shall be in full force and effect upon signature by the Court and valid for one (1) year.

**IT IS FURTHER ORDERED** in the event the stay is lifted on the pertinent property as described above, then said ex parte order lifting stay shall remain in full force and effect if this case is converted to any other Chapter of the Bankruptcy Code and shall remain res judicata and the order shall survive any conversion of this case to a case under any other Chapter of the Bankruptcy Code.

New Orleans, Louisiana, May 6, 2019.

*J. A. Brown*
_____
JUDGE, UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

Respectfully submitted,                             APPROVED AS TO FORM & CONTENT:

LAW OFFICES OF HERSCHEL C. ADCOCK, JR. LLC

/s/ Herschel C. Adcock, Jr.                         /s/ Timothy P. Kirkpatrick
HERSCHEL C. ADCOCK, JR. #17903         TIMOTHY P. KIRKPATRICK # 20251
ALCIA B. COOK #33072                             Kirkpatrick and Associates
P. O. BOX 87379                                          3501 North Causeway Boulevard, Suite 750
Baton Rouge, Louisiana 70879-8379            Metairie, Louisiana 70114
Phone: (225) 756-0373                                Phone: (504) 828-3311
Our File # 31851.B                                     Attorney for Debtor(s)